**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-23806-BLOOM/Louis**

ALBERONICK VALSAINT,

      Plaintiff,

v.

JAMES W. UTHMEIER, in
His official capacity as State of Florida
Attorney General and KATHERINE
FERNANDEZ-RUNDLE, in her
Official Capacity as Miami-Dade County
State Attorney,

      Defendants.
_____/

**ORDER ON REPORT AND RECOMMENDATIONS**
**ON MOTION TO PROCEED *IN FORMA PAUPERIS***

**THIS CAUSE** is before the Court upon Plaintiff's Amended Complaint, ECF No. [4], and second Motion for Leave to Proceed *in forma pauperis*, ECF No. [13]. On December 9, 2025, the Motion was referred to United States Magistrate Judge Lauren Fleischer Louis, ECF No. [18]. On March 11, 2026, Judge Louis issued a Report and Recommendation ("R&R"), ECF No. [20], recommending that the Motion be granted. None of the Parties filed objections to the R&R.

"If a party fails to object to any portion of the magistrate judge's report, those portions are reviewed for clear error." *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (quoting *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The portions of the report and recommendation to which an objection is made are reviewed *de novo* only if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3); *Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Nevertheless, the Court is fully advised in

Case No. 25-cv-23806-BLOOM/Louis

the premises of the R&R. Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the second Motion to Proceed *in forma pauperis*, ECF No. [13], must be denied and Plaintiff's Amended Complaint, ECF No. [4], must be dismissed without prejudice because it is a shotgun pleading that fails to satisfy Federal Rule of Civil Procedure 8(a).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  The Report and Recommendation, **ECF No. [20]**, is **ADOPTED**.

2.  Plaintiff's Motion, **ECF No. [13]**, is **DENIED**.

3.  This case is **DISMISSED WITHOUT PREJUDICE**. Plaintiff may file an Amended Complaint in accordance with the R&R, and this Court's Order, **no later than April 16, 2026**. The failure to file an Amended Complaint will result in dismissal of this case without prejudice and without further notice.

4.  The Clerk shall Administratively **CLOSE** the case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 26, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Alberonick Valsaint
PO Box 170931
Miami, FL 33017-0931

2